# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts   **Category No.** II   **Investigating Agency** FBI
**City:** Everett
**County:** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 24-6647, 24-6648, 24-6915
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☐ No

**Defendant Information:**
**Defendant Name:** ELVIN MARTINEZ-FLORES   Juvenile: ☐ Yes  ☐ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☐ No
Alias Name: _____
Address: Everett, MA
Birth date (Yr only): 2001   SSN (last 4#): 9747   Sex: M   Race: UNK   Nationality: UNK

**Defense Counsel if known:** _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
**AUSA:** Timothy E. Moran   Bar Number if applicable: _____

**Interpreter:** ☑ Yes  ☐ No   List language and/or dialect: Spanish
**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☐ No
**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**
**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at _____   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____   on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony  II

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: January 21, 2025   Signature of AUSA: /s/ Timothy E. Moran

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Elvin Martinez-Flores

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Distribution of and Possession with Intent to Distribute Fentanyl | I & II |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013